United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Erick L. Meri #117068

Case No.  16-mc-80049-JD

**ORDER OF SUSPENSION**

Because Erick L. Meri has failed to respond to the Order to Show Cause, Erick L. Meri's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  May 2, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Erick L. Meri #117068

Case No.  16-mc-80049-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/2/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric L. Merl
710 NE 7th Street
#304
Boynton Beach, FL 33435

Dated: 5/2/2016

Susan Y. Soong
Clerk, United States District Court

By: _____

Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California